<u>United States District Court for the Eastern District of New York
To All Current and Former Employees of Heso, Inc., Havana
Wiring & Electrical Corp., Quality Used Electrical Equipment Inc.,
and/or Empire Electrical Solution Inc.</u>

# If you worked for Heso, Inc., Havana Wiring & Electrical Corp., Quality Used Electrical Equipment Inc., and/or Empire Electrical Solution Inc. within the last 6 years, you may be eligible to join this Lawsuit

## The Court Authorized this Notice. This is not a Solicitation from a Lawyer

Si Ud. Desea una Copia de esta Noticia en Español, Llame al 212-583-7400

### WHAT'S THIS CASE ABOUT?

Two former employees of Heso, Inc., Havana Wiring & Electrical Corp., Quality Used Electrical Equipment Inc., and/or Empire Electrical Solution Inc. have sued these companies, claiming that they were not paid time and a half of their regular hourly rate for overtime hours. They have brought a federal claim, made under the Fair Labor Standards Act, (FLSA), and a state claim, made under the New York Labor Law, (NYLL). The case is VALDINEI LOPES and EDISON NARANJO on Behalf of Themselves and All Others Similarly Situated, against HESO, INC., HAVANA WIRING & ELECTRICAL CORP., QUALITY USED ELECTRICAL EQUIPMENT INC., EMPIRE ELECTRICAL SOLUTION INC. and HERNAN F. SOCARRAS a/k/a FRANK SOCARRAS, Case No.: 16-cv-06796. You are eligible to make a state claim if you worked for any of the

**Questions?**
Contact Plaintiffs' counsel at:
(212) 583-7400 or NDuran@CafaroEsq.com

companies at any time since December 8, 2010, and you are eligible to make a federal claim if you worked for any of the companies at any time since December 8, 2013.

### DO I QUALIFY TO JOIN THE LAWSUIT?

Our records indicate that you may qualify to join this lawsuit. You may qualify if you have worked for any of these companies and you did not receive time and a half for all the overtime hours you worked. You can still qualify if you were paid in cash, and you do not need written proof showing that you actually did such work in order to join the lawsuit. You can still join if you are undocumented.

### WHAT DO I HAVE TO DO TO JOIN THE LAWSUIT?

If you want to join, you have to sign the enclosed blue form, include your name, address and the best phone number to reach you, and put it in the mail (or e-mail it to the e-mail address below) on or before [date] to join the federal action. Your name will be filed with the Court, but your address, e-mail address and phone number, if you choose to provide them, will not. Remember that if you do not complete the blue form and send it in on time, you will not be included in the federal action even if your name appears on the company payroll records. If you were paid by check, please write your name exactly as it appeared on your paycheck when you fill out the blue form, and the address where you want your payment or any other notices mailed to. Your legal rights will be affected depending on whether you send in the blue form or not, so please read this carefully. By signing the blue form, you agree that you will be represented by the Collective Counsel, The Law Offices of William Cafaro.

### WHAT IF I DECIDE NOT TO JOIN THE LAWSUIT?

If you decide not to join this lawsuit, you will not receive any of the benefits obtained if the workers are successful in the lawsuit. Additionally, if you do not join, the time within which you are allowed to file your own federal lawsuit will continue to run and will eventually run out. If you decide that you want to get your own lawyer and/or file your own lawsuit, you have every right to do so, but if you

**Questions?**
Contact Plaintiffs' counsel at:
(212) 583-7400 or NDuran@CafaroEsq.com

want to do this, you should act as soon as possible to make sure your rights are protected.

| |
|---|
| **WHO SHOULD I CALL IF I WANT MORE INFORMATION ABOUT THE LAWSUIT OR WHAT MY RIGHTS ARE?** |

**Collective Counsel:**
Louis M. Leon, Esq.
LAW OFFICES OF WILLIAM CAFARO
108 West 39th Street, Suite 602
New York, NY 10018
212-583-7400
or e-mail to:
nduran@cafaroesq.com

**IT IS ILLEGAL FOR YOUR EMPLOYER TO FIRE YOU OR OTHERWISE RETALIATE AGAINST YOU FOR JOINING THIS LAWSUIT**

**Questions?**
Contact Plaintiffs' counsel at:
(212) 583-7400 or NDuran@CafaroEsq.com