## FAIR LABOR STANDARDS ACT CONSENT TO JOINDER

I consent to join as a plaintiff in a lawsuit brought by VALDINEI LOPES and EDISON NARANJO on Behalf of Themselves and All Others Similarly Situated, against HESO, INC., HAVANA WIRING & ELECTRICAL CORP., QUALITY USED ELECTRICAL EQUIPMENT INC., EMPIRE ELECTRICAL SOLUTION INC. and HERNAN F. SOCARRAS a/k/a FRANK SOCARRAS, EDNY Case No.: 16-cv-06796 in order to make claims for unpaid overtime hours under the Fair Labor Standards Act ("FLSA") pursuant to 29 U.S.C. § 216(b). I hereby designate the Law Offices of William Cafaro to represent me in this lawsuit.

_____
Signature


_____
Print Full Name
(As it appeared on Paycheck
If you were paid by check)

Address _____

Apt. No. _____

_____
City, State & Zip Code

_____
Your e-mail address

_____
Best Phone Number
to Reach You

NOTE: YOUR E-MAIL ADDRESS AND TELEPHONE NUMBER WILL NOT BE SHARED WITH ANYONE – IT IS ONLY FOR US TO BE ABLE TO REACH YOU IF WE NEED TO. **THIS INFORMATION WILL BE BLOCKED OUT** BEFORE FILING THIS FORM WITH THE COURT.

**Questions?**
Contact Plaintiffs' counsel at:
(212) 583-7400 or NDuran@CafaroEsq.com