# IMPORTANT REMINDER REGARDING
# THE HESO, INC., HAVANA WIRING & ELECTRICAL CORP., QUALITY USED ELECTRICAL EQUIPMENT INC., EMPIRE ELECTRICAL SOLUTION INC. and HERNAN F. SOCARRAS a/k/a FRANK SOCARRAS EMPLOYEE OVERTIME CASE

Within the past month, you should have received a Court-authorized Notice explaining that you may be eligible to participate in a collective lawsuit against Heso, Inc., Havana Wiring & Electrical Corp., Quality Used Electrical Equipment Inc., and/or Empire Electrical Solution Inc. on behalf of employees. If you have any questions about the Notice or the case, or if you did not receive or no longer have the notice, you should contact Nicholas Duran at The Law Offices of William Cafaro by calling (212) 583-7400 or emailing NDuran@CafaroEsq.com. Please note, the Court neither encourages nor discourages participation in the action.

IMPORTANT: Our records indicate that you have not submitted a Consent Form. In order to participate in this collective action lawsuit and be eligible to collect unpaid wages, you must complete a consent form and mail, fax or email it to:

Law Offices of William Cafaro
108 West 39th Street, Suite 602
New York, NY 10018
Fax: (212) 583 – 7401
Email: NDuran@CafaroEsq.com

**In order to participate in this lawsuit, your Consent Form must be post-marked or emailed no later than [ DATE - 60 days from mailing of notice].**